Robert Cunnings, Plaintiff-Appellant and Counterdefendant, v. William Dunn, Defendant-Appellee and Counterclaimant.

Gen. No. 10,703.

Eva L. Minor, and T. R. Johnston, for appellant; Butz, Blanke & Stith, for appellee. Opinion by JUSTICE WOLFE. **Not to be published in full.** Opinion filed December 3, 1953; released for publication December 21, 1953.